```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                              CASE NO. 07 B 24267
     ANDRES LOPEZ
                                                    CHAPTER 13

                                                    JUDGE: SUSAN PIERSON SONDERBY
          Debtor
     SSN XXX-XX-5637


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/27/2007 and was not confirmed.

     The case was dismissed without confirmation 02/28/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
NATIONAL CITY MORTGAGE   CURRENT MORTG         .00           .00            .00
NATIONAL CITY MORTGAGE   SECURED NOT I         .00           .00            .00
PRO SE DEBTOR            DEBTOR ATTY           .00                          .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                         --------------    --------------
TOTALS                        .00                .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
     Dated: 05/27/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```